IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KY HOME & GARDEN, LLC,<br><br>Plaintiff<br><br>*versus*<br><br>AMI VENTURES, INC., *et. al.*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-3382<br><br><br>JURY DEMAND |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
WITH REGARDS TO DEFENDANT FEI FEI HYDROPONICS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff voluntarily dismisses without prejudice all present claims against Defendant Fei Fei Hydroponics, Inc.

Respectfully Submitted,

LEAVITT ELDREDGE LAW FIRM

  /Brandon J. Leavitt/  
Brandon James Leavitt
Tx Bar No. 24078841

4204 SW Green Oaks Blvd., Suite 140
Arlington, TX 76107

(214) 727-2055
brandon@uslawpros.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that, on March 4, 2021, a true and correct copy of the above and foregoing document has been served on all named Parties:

By Email to:

**AMI Ventures, Inc.**
pankaj.r@virventures.com
team@amiventures.net
2018houston@gmail.com

By ECF notification to:

**Universal Garden Supply & Manufacturing** *dba* **Hydro Planet**
**American Seechance, Inc.** *dba* **Hydro Planet**
**Fuzhou Seechance Holding, Ltd.** *dba* **Hydro Planet**
**La Green Garden, Inc.** *dba* **Hydro Planet**

Attention: Jing Wang
Kinswood Law, PC
1800 E. Lambert Rd, Suite 215
Brea, CA 92821
626-353-8682
jw@kwlaws.com

in accordance with the Federal Rules of Civil Procedure.

                                                                                                /Brandon J. Leavitt/
                                                                                               Brandon James Leavitt