UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 21-8002-MWF (MARx)                              **Date:**  January 7, 2022
**Title:**      KY Home & Garden LLC v. AMI Ventures, Inc.

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On November 8, 2021, the Court held a Telephonic Status Conference. (*See* Docket Nos. 102 and 103). At the Status Conference, the parties were ordered to select a trial date, and the Court provided its Schedule of Pretrial and Trial Dates Worksheet (see attachment to Docket No. 103).

As of this date, the parties have not filed their proposed pretrial and trial schedule. The parties are again **ORDERED** to meet and confer, and complete the worksheet; as indicated at the hearing, the Court's preference is for the parties to agree on dates and submit one proposal.

Plaintiff shall file a Joint Status Report with the completed worksheet no later than **JANUARY 24, 2022**.

IT IS SO ORDERED.