Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

**WESTERN** Division

FILED
CLERK, U.S. DISTRICT COURT
April 6, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DBE_____ DEPUTY

KY HOME & GARDEN, LLC

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

AMERICAN SEECHANCE, INC., dba HydroPlanet and Hydro Planet Dept.; UNIVERSAL GARDEN SUPPLY & MANFACTURING, INC., (See Attachment #1)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV 21-8002 MWF (MARx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I. The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Four Elements Grow Supply, LLC |
| Street Address | 11842 South 33rd West Avenue, STE D |
| City and County | Sapulpa, Creek County |
| State and Zip Code | Oklahoma, 74066 |
| Telephone Number | (918) 512 - 1098 |
| E-mail Address | jperez@fourelementsgs.com |

### II. The Answer and Defenses to the Complaint

**A.** Answering the Claims for Relief  SEE ATTACHMENT #2

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

### B. Presenting Defenses to the Claims for Relief

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

   N/A

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*

   N/A

3. The venue where the court is located is improper for this case because *(briefly explain)*

   N/A

4. The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

   N/A

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

   N/A

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

   N/A

7. Another party *(name)* N/A needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*

   N/A

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

    a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

         The other party is a citizen of the State of *(name)* _____ .

         Or is a citizen of *(foreign nation)* _____ . The amount of damages sought from this other party is *(specify the amount)* _____ .

    b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

_____

**C.**     **Asserting Affirmative Defenses to the Claims for Relief**

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*
N/A

_____

is barred by *(identify one or more of the following that apply)*:

1.    Accord and satisfaction *(briefly explain)*

_____

2.    Arbitration and award *(briefly explain)*

_____

3.    Assumption of risk *(briefly explain)*

_____

4.    Contributory or comparative negligence of the plaintiff *(briefly explain)*

_____

5.    Duress *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

6. Estoppel *(briefly explain)*

7. Failure of consideration *(briefly explain)*

8. Fraud *(briefly explain)*

9. Illegality *(briefly explain)*

10. Injury by fellow employee *(briefly explain)*

11. Laches (Delay) *(briefly explain)*

12. License *(briefly explain)*

13. Payment *(briefly explain)*

14. Release *(briefly explain)*

15. Res judicata *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

16. **Statute of frauds** *(briefly explain)*

17. **Statute of limitations** *(briefly explain)*

18. **Waiver** *(briefly explain)*

19. **Other** *(briefly explain)*

### D. Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:
N/A

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:
N/A

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

    a.    The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* _____ alleges that the following injury or damages resulted *(specify)*:

 

    b.    The defendant seeks the following damages or other relief *(specify)*:

 

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/30/2023

Signature of Defendant

Printed Name of Defendant     John Perez, Owner of Four Elements Grow Supply, LLC

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number

E-mail Address

**Four Elements Grow Supply, LLC**
11842 South 33rd West Avenue, STE D
Sapulpa, OK 74066

March 30, 2023

In the United States District Court for the Central District of California (Western Division - Los Angeles)

Case No. CV 21-8002 MWF (MARx)

Attachment #1:

**DEFENDANTS:**

**American Seechance, Inc.,** *dba* HydroPlanet and Hydro Planet Dept.;
**Universal Garden Supply & Manufacturing, Inc.,** *dba* HydroPlanet and Hydro Planet Dept.;
**LA Green Garden, Inc.,** *dba* HydroPlanet and Hydro Planet Dept.;
**Fuzhou Seechance Holding, Ltd.,** *dba* HydroPlanet and Hydro Planet Dept.;
**Hau Vong; Thoung Nguyen,** *dba* Super Deal Hydroponic and T&T Hydroponic;
**Lys Hydro Garden; Hydro City USA; Tommy Tran,** *dba* kingshydro;
**Oceanside Hydroponic,** *dba* Hydro Supply, LLC, *dba* Xtreme Hydro and NY HydroGarden;
**Hydro Easy Grow, LLC,** *dba* Hydro Easy Grow Supply and Green World;
**Citadel Garden Supply, LLC,** *dba* Green Leaf;
**Cultiva Group,** *dba* Hydroplanets Cultiva Group and Hydroworld;
**Four Elements Grow Supply, LLC;**
**Galaxy Cargo inc.,** *dba* Broyce;
**Growers Depot, Inc.,** *dba* The Grower's Depot;
**Desertcart Trading FZE,** *dba* Piffert, Inc., *dba* Desert Cart, and Orion Limited;
*and* **Bestdeals.Today,** *dba* Rainforest Ltd.

**Four Elements Grow Supply, LLC**
11842 South 33rd West Avenue, STE D
Sapulpa, OK 74066

March 30, 2023

In the United States District Court for the Central District of California (Western Division - Los Angeles)

Case No. CV 21-8002 MWF (MARx)

ATTACHMENT #2:

**THE DEFENDANT'S ANSWER TO THE COMPLAINT**

99. Four Elements Grow Supply, LLC **DENIES** that it had **MANUFACTURED** the sale of fertilizer product(s) bearing the Marks. However, Four Elements Grow Supply, LLC admits that it had **SOLD** said fertilizer products that bear the Marks with permission from the Plaintiff, see attachments #3, #4, and #5.

100. Four Elements Grow Supply, LLC **DENIES** that it had used the Marks in US Commerce without the Plaintiff's Permission, see attachments #3, #4, and #5.

101. Four Elements Grow Supply, LLC **DENIES** that it had ever adopted the Marks or had ever used nearly identical counterfeit(s) of Plaintiff's label, including the use of the federal ® symbol to denote registration.

102. Four Elements Grow Supply, LLC **DENIES** that it made substantial profits and/or gains to which it is not entitled.

103. Four Elements Grow Supply, LLC **DENIES** it had damaged, or is likely damage, Plaintiff's reputation or goodwill in the Marks.

104. Four Elements Grow Supply, LLC **DENIES** that the plaintiff has been and will continue to be harmed and damaged by its actions.

**Four Elements Grow Supply, LLC**  11842 S 33rd W Ave, STE D, Sapulpa, OK 74066





John Perez <jperez@fourelementsgs.com>

## Fwd: Wholesale Application
1 message

**Sau Ho** <sho@fourelementsgs.com>  
To: john perez <jperez@fourelementsgs.com>

Wed, Mar 15, 2023 at 4:20 PM

ATTACHMENT #3

---------- Forwarded message ---------  
From: **Sau Ho** <sho@fourelementsgs.com>  
Date: Fri, Mar 12, 2021 at 2:02 PM  
Subject: Wholesale Application  
To: <sale@ky-wholesale.com>

Hi,

Here I have attached the wholesale application form and seller's permit.

Hope to hear from you soon.

Thanks,

--  
**Sau Ho**  
Owner / Account Manager



11842 S 33RD West Ave  
Sapulpa, OK 74066  
9181.528.77722

--  
**Sau Ho**  
Owner / Account Manager



11842 S 33RD West Ave  
Sapulpa, OK 74066  
9181.528.77722

---

📎 **20210311_FEGS_Account Application.pdf**  
1280K

ATTACHMENT #4

# KY Home & Garden LLC
# 6100 Mack Rd. #300
# Sacramento, CA95823
# 916-383-3366
# Sale@KY-Wholesale.com

## Account Application

Date: 03/11/2021

Business Name: Four Elements Grow Supply, LLC          Years in Business: 1

Business Address: 11842D S 33rd West Ave

City: Sapulpa          State: OK     Zip Code: 74066

Phone: (918) 528-7722          Fax:

E-mail Address: sho@fourelementsgs.com

Business Website: https://fourelementsgs.com

Company Owners or Officers: Sau Ho & John Perez

Contact Name: Sau Ho

Phone: (918) 248-6616          Fax:

Trade References:

1. Hawthorne Gardening Co, (717) 576-7899, Jessica Carmona, jcarmona@hawthornegc.com

2. Gard'n-Wise Distributors Inc., (816) 472-1114, Richie Sutton, richies@gardnwise.com

3. Advance Nutrients, (877) 604-8637 ext 1207, Melissa Jordan, melissa@advancednutrients.com

**Apply Account for Resell Garden Supplies and Fertilizers**

1/4

BOE-230(7-02)
GENERAL RESALE CERTIFICATE

**State Of California / Other States**

BOARD OF EQUALIZATION

## CALIFORNIA RESALE CERTIFICATE

Other States Resale Certificate fill in here ___Oklahoma___

**I HEREBY CERTIFY:**

1. I HOLD VALID SELLER'S PERMIT NUMBER: **STS-15505320-04**

2. I AM ENGAGED IN THE BUSINESS OF SELLING THE FOLLOWING TYPE OF TANGIBLE PERSONAL PROPERTY: **Hydroponic supplies and equipment**

3. THIS CERTIFICATE IS FOR THE PURCHASE FROM (VENDORS NAME) **KY Home & Garden, LLC** OF THE ITEM(S) I HAVE LISTED IN PARAGRAPH 5 BELOW.

4. I WILL RESELL THE ITEM(S) LISTED IN PARAGRAPH 5, WHICH I AM PURCHASING UNDER THIS RESALE CERTIFICATE IN THE FORM OF TANGIBLE PERSONAL PROPERTY IN THE REGULAR COURSE OF MY BUSINESS OPERATIONS, AND I WILL DO SO PRIOR TO MAKING ANY USE OF THE ITEM(S) OTHER THAN DEMONSTRATION AND DISPLAY WHILE HOLDING THE ITEM(S) FOR SALE IN THE REGULAR COURSE OF MY BUSINESS. I UNDERSTAND THAT IF I USE THE ITEM(S) PURCHASED UNDER THIS CERTIFICATE IN ANY MANNER OTHER THAN AS JUST DESCRIBED, I WILL OWE USE TAX BASED ON EACH ITEM'S PURCHASE PRICE OR AS OTHERWISE PROVIDED BY LAW.

5. DESCRIPTION OF PROPERTY TO BE PURCHASED FOR RESALE:

   KY Home & Garden's WeightMax Plant Foods serries

6. I HAVE READ AND UNDERSTAND THE FOLLOWING:

7. FOR YOUR INFORMATION: A PERSON MAY BE GUILTY OF A MISDEMEANOR UNDER REVENUE AND TAXATION CODE SECTION 6094.5 IF THE PURCHASER KNOWS AT THE TIME OF PURCHASE THAT HE OR SHE WILL NOT RESELL THE PURCHASED ITEM PRIOR TO ANY USE (OTHER THAN RETENTION, DEMONSTRATION, OR DISPLAY WHILE HOLDING IT FOR RESALE) AND HE OR SHE FURNISHES A RESALE CERTIFICATE TO AVOID PAYMENT TO THE SELLER OF AN AMOUNT AS TAX. ADDITIONALLY, A PERSON MISUSING A RESALE CERTIFICATE FOR PERSONAL GAIN OR TO EVADE THE PAYMENT OF TAX IS LIABLE, FOR EACH PURCHASE, FOR THE TAX THAT WOULD HAVE BEEN DUE, PLUS A PENALTY OF 10% OF THE TAX OR $500.00, WHICHEVER IS MORE.

Four Elements Grow Supply, LLC
**NAME OF PURCHASER:**

_[signature]_
**SIGNATURE OF PURCHASER, PURCHASER'S EMPLOYEE OR AUTHORIZED REPRESENTATIVE:**

John Perez
**PRINTED NAME OF PERSON SIGNING AND TITLE:**

11842D S 33rd West Ave, Sapulpa, OK 74066
**ADDRESS OF PURCHASER:**

(918) 512-1098                                    03/11/2021
**TELEPHONE NUMBER**                              **DATE:**



# Oklahoma Tax Commission

www.tax.ok.gov

FOUR ELEMENTS GROW SUPPLY, LLC
11842 S 33RD WEST AVE
SAPULPA OK 74066-9435

Date Issued: November 10, 2020
Letter ID: L1496196672
Taxpayer ID: **-***9756

TRO

## Licenses/Permits at this Location
### SALES TAX PERMIT

**County** CREEK COUNTY

Holders of an Oklahoma Sales Tax Permit will find notice of penalties for violation of the Oklahoma Sales Tax code at www.tax.ok.gov

If the sales tax permit at this location becomes invalid then all associated permits will become invalid. If the business changes location or ownership or is discontinued for any reason, this permit must be returned to the Oklahoma Tax Commission for cancellation WITH AN EXPLANATION ON THE REVERSE SIDE.

**Sales Account ID**
STS-15505320-04

**Site Permit Number**
1838129152

| Business Location | Industry Code | City Code | Site Effective | Expires |
|---|---|---|---|---|
| FOUR ELEMENTS GROW SUPPLY, LLC<br>11842 S 33RD WEST AVE<br>SAPULPA OK 74066-9435 | 444220 | 1988 | August 11, 2020 | August 11, 2023 |

**PLEASE POST IN CONSPICUOUS PLACE**

Charles T. Prater, Chairman
Clark Jolley, Vice-Chairman
Steve Burrage, Secretary Member

**Non-Transferable**

This permit is a probationary permit for the first six (6) months after the permits issuance. After the probationary period has passed, this permit will be valid for an additional thirty (30) months unless you are notified of the Commissions refusal to extend the permit. You may not use the permit during the probationary period to obtain a commercial license plate for your motor vehicle.

The probationary permit will not automatically be renewed if (1) factual inaccuracies are included in the application, (2) you or any of the partners, officers or members of the entity holding the probationary permit are delinquent in the filing of tax returns and/or payment of taxes, or (3) you have purchased the business or stock of goods/assets from a business who has a tax liability.


3/4

aL008

# CREDIT CARD AUTHORIZATION

## KY Home, Pet & Garden

### 6100 Mack Road #300

### Sacramento, CA 95823

Phone: 916-383-3366

**Please fill out all required information below.**

Date(MM/DD/YY): 03/11/21

Company Name: Four Elements Grow Supply, LLC

Card Holder(full name): John Perez

Billing Address: 1520 S Florence Ave

City: Tulsa     State: OK     Zip Code: 74104

E-Mail: jperez@fourelementsgs.com

## Card Information

Card Type: ____ Visa  ____ Mastercard  ✓ Discover  ____ AMX

Credit Card Number: ▮▮▮▮▮▮▮▮ 0117

Expiration Date(MM/YY): ▮▮

Security Code: ▮▮

Print Cardholder Name: John Perez

Signature of Card Holder: [signature]

(4/4)



John Perez <jperez@fourelementsgs.com>

# Fwd: KY Home & Garden: Shipment # 100000677 for Order # 100001396
1 message

**Sau Ho** <sho@fourelementsgs.com>  
To: john perez <jperez@fourelementsgs.com>



ATTACHMENT # 5

Wed, Mar 15, 2023 at 4:22 PM

---------- Forwarded message ---------  
From: **KY Home & Garden** <sales@kygardensupplies.com>  
Date: Mon, Aug 9, 2021 at 1:38 PM  
Subject: KY Home & Garden: Shipment # 100000677 for Order # 100001396  
To: Sau Ho <sho@fourelementsgs.com>

KY Home & Garden

## THANK YOU FOR YOUR ORDER FROM KY HOME & GARDEN.

You can check the status of your order by logging into your account.

**Order Questions?**

**Call Us:** (916) 383-3366  
MONDAY-SATURDAY 10AM-6PM  
**Email:** sales@kygardensupplies.com

## Your Shipment #100000677

Order #100001396

| Item | Sku | Qty |
|---|---|---|
| WeightMax 5-58-17, 10KG<br>*Signature Required to received package -YES, I Agree Terms below*<br>Track your order with UPS tracking for delivery date to sign for your package. Or (go to UPS store pick up your package). Or (call UPS reschedule delivery day, We will charge you the shipping cost which we have paid to UPS If package return back to us | 633131996654-- | 2 |
| WeightMax 0-50-30 Crystal Bloom 10KG<br>*Signature Required to received package -YES, I Agree Terms below*<br>Track your order with UPS tracking for delivery date to sign for your package. Or (go to UPS store pick up your package). Or (call UPS reschedule delivery day, We will charge you the shipping cost which we have paid to UPS If package return back to us | 633131994100-- | 4 |

**BILL TO:**  
Sau Ho  
Four Elements Grow Supply, LLC  
11842 S 33RD WEST AVE  
STE #D  
Sapulpa, Oklahoma, 74066  
United States  
T: 5104071248

**SHIP TO:**  
Sau Ho  
Four Elements Grow Supply, LLC  
11842 S 33RD WEST AVE  
STE #D  
Sapulpa, Oklahoma, 74066  
United States  
T: 5104071248



| SHIPPING METHOD: | PAYMENT METHOD: |
|---|---|
| Free Shipping On Weigh Max and Easy Trimmers - Free | PayPal |
| | Payer Email: sho@fourelementsgs.com |
| Shipped By | Tracking Number |
| ups | 1Z0F40790393230026 |

## Thank you, KY Home & Garden!

--
**Sau Ho**
Owner / Account Manager



11842 S 33RD West Ave
Sapulpa, OK 74066
9181.528.77722



FOUR ELEMENTS GROW SUPPLY
11842 S 33RD West Ave
Sapulpa, OK 74066
918.528.7722

Central District of California
Western Division - Los Angeles
350 W 1st Street, Ste 4311
Los Angeles, CA 90012

Civil Action No. CV 21-8002 MWF (MARx)


