UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 21-8002-MWF (MARx)**                                Date:  April 10, 2023

Title   **KY Home & Garden, LLC v. AMI Ventures, Inc. et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 7, 2023, Defendant Four Elements Grow Supply, LLC ("Four Elements") filed its Answer.  (Docket No. 174).  Four Elements completed a civil pro se pleading form made available on the Court's website and stated that it is a party without an attorney.  (*See id.* at 6).

Individual litigants may represent themselves pro se, but corporations and associations must be represented by counsel.  *See Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations).  In addition, non-attorney litigants may not represent other individual litigants or trusts for which they serve as trustee.  *See Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) (minor children); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697–98 (9th Cir. 1987) (trust); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1996) (other litigants).  A partner may not represent his or her own interest in a partnership pro se, and a sole shareholder may not represent a corporation.  *See In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-8002-MWF (MARx)**                                Date:  April 10, 2023

Title         **KY Home & Garden, LLC v. AMI Ventures, Inc. et al.**

    Accordingly, the Court **ORDERS** Defendant Four Elements to show cause, in writing, on or before **May 10, 2023**, why Defendant Four Elements should not be required to retain counsel.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Defendant Four Elements's failure to respond to the Order to Show Cause by **May 10, 2023**, will result in the Answer being stricken and Plaintiff will have until **May 20, 2023**, to request the entry of default.

    IT IS SO ORDERED.