UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-8002-MWF (MARx)**                    Date:  May 25, 2023

Title        **KY Home & Garden, LLC ~*v*~ AMI Ventures, Inc., et al.**

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):     COURT ORDER**

In light of the Default by Clerk as to Defendant Four Elements Grow Supply, LLC [Docket No. 185] filed May 25, 2023, the Court sets a hearing on **Order to Show Cause Re Default Judgment** for **JUNE 26, 2023 at 11:30 a.m**. If a Motion for Default Judgment is filed prior to this date, the hearing on the Order to Show Cause will be discharged, and no appearance will be necessary.

A Motion for Default Judgment *must* comply with the Local Rules and this Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm