1  **Brandon J. Leavitt** (TX Bar No: 24078841)
   e. brandon@uslawpros.com   t. 817-522-4035
2  LEAVITT AND ELDREDGE LAW FIRM
   4204 S.W. Green Oaks Blvd. Suite 140
3  Arlington, TX 76017
   *Pro Hac Vice* Attorney for Plaintiff
4  KY HOME AND GARDEN, LLC

5

6             IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
7              (WESTERN DIVISION – LOS ANGELES)

| 8  | **KY HOME & GARDEN, LLC**, | Case No. CV 21-8002 MWF (MARx) |
|----|---|---|
| 9  | Plaintiff; | |
| 10 | *versus* | **PLAINTIFF'S NOTICE OF DISMISSAL REGARDING DEFENDANTS** |
| 11 | **UNIVERSAL GARDEN SUPPLY & MANUFACTURING INC., AMERICAN SEECHANCE INC., LA GREEN GARDEN INC., AND FUZHOU SEECHANCE HOLDING, LTD.**, | **UNIVERSAL GARDEN SUPPLY & MANUFACTURING INC., AMERICAN SEECHANCE INC., LA GREEN GARDEN INC., AND FUZHOU SEECHANCE HOLDING, LTD.** |
| 14 | Defendants. | |
|    | | **JURY DEMAND** |

15

16        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure

17  Plaintiff, by stipulation of all appearing Parties, dismisses all present claims against

18  Defendants **UNIVERSAL GARDEN SUPPLY & MANUFACTURING INC., AMERICAN**

19  **SEECHANCE INC., LA GREEN GARDEN INC., AND FUZHOU SEECHANCE HOLDING,**

20  **LTD**.

| | |
|---|---|
| Dated: July 6, 2023 | Respectfully Submitted: |
| |   /s/Brandon J. Leavitt/ |
| | By: Brandon James Leavitt |
| | Attorney for Plaintiff |
| | KY HOME AND GARDEN |
| | |
| |   /s/Anh V. Nguyen |
| | By: Anh V. Nguyen |
| | Attorney for Defendant |
| | HYDRO CITY USA |
| | |
| |   /s/Jing Wang |
| | By: Jing Wang |
| | Attorney for Defendants: |
| | FUZHOU SEECHANCE HOLDING, LTD |
| | AMERICAN SEECHANCE, INC. |
| | UNIVERSAL GARDEN SUPPLY & MANUFACTURING, INC. |
| | LA GREEN GARDEN, INC. |

### CERTIFICATE OF SERVICE

By my signature above I certify that all attorneys of record have received service of this document in compliance with the Federal Rules of Civil Procedure.

### CERTIFICATE OF CONFERENCE

This motion is made following the conference of counsel pursuant to L.R. 7-3