UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 21-8002-MWF (MARx) | **Date:** August 3, 2023 |
| **Title:** KY Home & Garden LLC v. AMI Ventures, Inc. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** **ORDER TERMINATING DEFENDANTS HYDRO CITY AND TOMMY TRAN**

On June 29, 2023, the Court granted a Joint Motion to Sever Defendants Hydro City and Tommy Tran from this action (the "Amended Severance Order"). (Docket No. 211). Pursuant to the Amended Severance Order, Plaintiff filed a Fourth Amended Complaint against Hydro City and Tommy Tran only. The Court extracted the Fourth Amended Complaint, assigned a new case number and opened a new docket. The new case, *KY Home and Garden LLC v. Hydro City USA, et al.*, was assigned Case Number CV 23-5407-MWF(MARx) (the "New Action") and is related to this action.

With the opening of the New Action, in CV 21-8002 the Court **ORDERS** as follows:

- Defendants HYDRO CITY USA and TOMMY TRAN are terminated from this action.
- Defendant Hydro City USA's Answer to Plaintiff's Fourth Amended Complaint (Docket No. 218) is STRICKEN from this action.

Going forward, Defendants Hydro City USA and Tommy Tran shall only appear in the New Action. In the New Action, Plaintiff filed a Waiver of Service of Summons as to Defendant Hydro City USA; its response to the Complaint in the New Action is due no later than September 25, 2023.

IT IS SO ORDERED.